# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| JAMES W. VINCENT<br>La. DOC #107133<br>VS.<br><br>SOUTH LA. CORRECTIONS<br>CENTER, ET AL. | CIVIL ACTION NO. 08-1504<br><br>SECTION P<br>JUDGE MELANÇON<br><br>MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 7th day of January, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE